# United States District Court
# For The Western District of North Carolina
# Statesville Division

JASON WARD NORMAN,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                        5:11CV3-RLV-2

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 27, 2011 Order.

                                          Signed: April 27, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court